IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Paul Baylock, | ) Case No. 2:23-cv-02327-JD-KDW |
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION OF** |
| Linton's Mechanical, LLC, | ) **DISMISSAL** |
| Defendant. | ) |

Plaintiff Paul Baylock and Defendant Linton's Mechanical, LLC, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action with prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| s/ Emily Hanewicz Tong | s/ George A. Reeves III |
| Emily Hanewicz Tong (Fed ID No. 12177) | George A. Reeves III (Fed ID No. 9701) |
| ehtong@wiggerlawfirm.com | greeves@fisherphillips.com |
| Wigger Law Firm, Inc. | FISHER & PHILLIPS LLP |
| 8086 Rivers Avenue, Suite A | 1320 Main Street, Suite 750 |
| North Charleston, SC 29406 | Columbia, South Carolina 29201 |
| Phone: (843) 553-9800 | Telephone: (803) 255-0000 |
| Facsimile: (843) 203-1496 | Facsimile: (803) 255-0202 |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

Dated this 19th day of April, 2024

FP 50386525.1